424 A.2d 549

Miller, Appellant v. Miller.

Argued December 4, 1979. Peter Rybak, for appellant; John E. Freund, for appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Appellant contends that the doctrine of inter spousal immunity should not prevent her from suing her husband for personal injuries and property damage arising out of an automobile accident. We disagree and find our supreme court's decision in the case of *DiGirolamo v. Apanavage*, 454 Pa. 557, 312 A.2d 382 (1973) to be dispositive of the instant appeal.

Accordingly, the order of the court of common pleas is affirmed.